■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERMAINE WATKINS, Appellant. [858 NYS2d 639]—Appeal from a judgment of the Erie County Court (Michael L. D'Amico, J.), rendered October 27, 2006. The judgment convicted defendant, upon his plea of guilty, of robbery in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of robbery in the second degree (Penal Law § 160.10 [2] [b]). Contrary to the contention of defendant, his waiver of the right to appeal was knowingly, intelligently and voluntarily entered (*see People v Lopez*, 6 NY3d 248, 256 [2006]; *People v Nichols*, 32 AD3d 1316, 1317 [2006], *lv denied* 8 NY3d 848, 988 [2007]). That valid waiver encompasses the challenges by defendant to the severity of the sentence (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]; *People v Dupont*, 292 AD2d 872 [2002], *lv denied* 98 NY2d 650 [2002]; *People v Wilson*, 284 AD2d 959, 960 [2001], *lv denied* 96 NY2d 943 [2001]), and to the denial of his request for youthful offender status (*see People v Kearns*, 50 AD3d 1514 [2008]). Present—Smith, J.P., Centra, Fahey, Peradotto and Pine, JJ.